ERIN M. CRANE
Attorney at Law (CSBN 145661)
819 Eddy Street
San Francisco, California  94109
Tel:  (415) 412-8728
Fax: (415) 474-3748

Attorney for Defendant
RICHARD KEITH TURNER

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--o0o--

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>RICHARD KEITH TURNER,<br><br>　　　　　　　Defendant.<br>_____/ | CR 16-00034 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR SENTENCING** |

　　　RICHARD KEITH TURNER, by and through his counsel, Erin Crane, and  Assistant United States Attorney Laurie Kloster Gray, hereby stipulate and ask the Court to continue the date set for sentencing December 14, 2016 to February 22, 2016, based upon:

　　　1. Michelle Nero, United States Probation Officer requires additional time to prepare the Presentence Investigation Report.

　　　2. The defense requires additional time to obtain records and do investigation for preparation of Mr. Turners Sentencing Memorandum.

　　　3. The parties stipulate and agree that this matter should be continued from December 14, 2016 to February 22, 2016 for sentencing.

**STIPULATION AND [proposed] ORDER CONTINUING DATE FOR SENTENCING**

DATED: December 5, 2016

/s/
Erin Crane
Attorney for Defendant
Richard Keith Turner

DATED: December 5, 2016

/s/
Laurie Kloster Gray
Assistant United States Attorney

SO ORDERED:  The sentencing hearing is continued to February 22, 2017, at 2:15 p.m.

Dated: December 7, 2016

HON. MAXINE CHESNEY
United States District Court Judge

STIPULATION AND [proposed] ORDER CONTINUING DATE FOR SENTENCING       2