UNITED STATES OF AMERICA

                              NORTHERN DISTRICT OF CALIFORNIA

                                    SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR 16-0034 MMC |
| Plaintiff, | [~~PROPOSED~~] **PRELIMINARY ORDER OF FORFEITURE** |
| v. | |
| RICHARD KEITH TURNER, | |
| Defendant. | |

Having considered the application for a preliminary order of forfeiture filed by the United States, and the plea agreement entered on August 25, 2016, wherein the defendant Richard Keith Turner agreed to forfeiture, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1), Title 28, United States Code, Section 2461(c), Title 21, United States Code, Section 853, and Rule 32.2 of the Federal Rules of Criminal Procedure:

- One Ruger brand, Model P90, .45 caliber handgun, Serial Number 663-70209;
- One Sherrill Arms brand, Model STAC-9, 9MM firearm, Serial Number SN 417352051;
- One Desert Eagle brand, .40 caliber handgun, Serial Number 43357334, loaded with a magazine with .40 caliber ammunition;

- One Glock brand, Model 23, .40 caliber handgun, Serial Number WYB264, loaded with a magazine loaded with .40 caliber ammunition;
- Two Ruger brand, .45 caliber magazines, loaded with ammunition;
- One magazine for the Sherrill Arms STAC-9 firearm, loaded with 9MM ammunition; and
- The .45 caliber, 9MM, and .40 caliber ammunition found inside the boxes in Turner's vehicle.

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish for at least thirty days on the government website www.forfeiture.gov a notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

IT IS FURTHER ORDERED that, the government may conduct discovery, in order to identify, locate, or dispose of property subject to forfeiture, in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure; and

IT IS FURTHER ORDERED that, this Court will retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

IT IS SO ORDERED this 4th day of May 2017.

_____
MAXINE M. CHESNEY
United States District Judge