UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: CR 16-0034 MMC |
| Plaintiff, ) ) | **[PROPOSED] FINAL ORDER OF FORFEITURE** |
| v. ) ) | |
| RICHARD KEITH TURNER, ) ) | |
| Defendants. ) | |

On May 4, 2017, this Court entered a Preliminary Order of Forfeiture forfeiting the following property as to Richard Keith Turner, pursuant to Title 18, United States Code, Section 924(d)(1), Title 28, United States Code, Section 2461(c), Title 21, United States Code, Section 853, and Rule 32.2 of the Federal Rules of Criminal Procedure:

- One Ruger brand, Model P90, .45 caliber handgun, Serial Number 663-70209;
- One Sherrill Arms brand, Model STAC-9, 9MM firearm, Serial Number SN 417352051;
- One Desert Eagle brand, .40 caliber handgun, Serial Number 43357334, loaded with a magazine with .40 caliber ammunition;

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 16-0034 MMC         1

- One Glock brand, Model 23, .40 caliber handgun, Serial Number WYB264, loaded with a magazine loaded with .40 caliber ammunition;
- Two Ruger brand, .45 caliber magazines, loaded with ammunition;
- One magazine for the Sherrill Arms STAC-9 firearm, loaded with 9MM ammunition; and
- The .45 caliber, 9MM, and .40 caliber ammunition found inside the boxes in Turner's vehicle.

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petition claiming the property has been filed.

**THEREFORE, IT IS HEREBY ORDERED** that the above-described property shall be forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1), Title 28, United States Code, Section 2461(c), Title 21, United States Code, Section 853, and Rule 32.2 of the Federal Rules of Criminal Procedure, and that all rights, title, and interest in the property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: July 31, 2017

MAXINE M. CHESNEY
United States District Judge